695 A.2d 665

STATE OF NEW JERSEY v. THOMAS REEVEY.

June 18, 1997.

Certification is granted, and summarily remanded to the Appellate Division for reconsideration in light of *State v. McGraw*, 129 *N.J.* 68, 608 *A.*2d 1335 (1992).

695 A.2d 665

JOSEPH ROSE v. CIGNA PROPERTY AND
CASUALTY INSURANCE COMPANY.

June 25, 1997.

Certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Law Division for the entry of judgment in the favor of plaintiff. *See French v. New Jersey School Board Association Insurance Group*, 149 *N.J.* 478, 694 *A.*2d 1008 (1997).

695 A.2d 666

EDMOND CIRAOLO v. CONTINENTAL CASUALTY
INSURANCE COMPANY.

June 25, 1997.

Certification is granted and the matter is summarily remanded to the Law Division for the entry of judgment in the favor of plaintiff unless the policy language precludes coverage. *See French v. New Jersey School Board Association Insurance Group*, 149 *N.J.* 478, 694 *A.*2d 1008 (1997).